UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                           Case No. 00-cr-0242-bhl-1

TROY C. WILLIAMS,

        Defendant.

## ORDER GRANTING MOTION TO WITHDRAW PRO SE MOTION

      On June 30, 2021, Defendant Troy Williams filed a motion for sentence reduction under the First Step Act of 2018, commonly known as the compassionate release statute. (ECF No. 258.) The Court denied Williams's motion in a decision that was affirmed by the United States Court of Appeals for the Seventh Circuit. *See United States v. Williams*, 65 F.4th 343 (7th Cir. 2023). On September 15, 2023, Williams filed a second motion for sentence reduction under the First Step Act of 2018, this time appearing *pro se*. (ECF No. 296.) Invoking 18 U.S.C. § 3582(c)(1)(A), Williams asked the Court to reduce his sentence, in light of *United States v. Booker*, 543 U.S. 220 (2005) and the 18 U.S.C. § 3553(a) sentencing factors. Because Williams offered nothing new to support his renewed argument, and, failed to comply with the statutory exhaustion requirements, the Court denied his motion. (ECF No. 297.) On November 20, 2023, Williams filed a motion for extension of time to file a motion to reconsider, which the Court granted by Text Only Order. (ECF Nos. 298, 299.) On December 18, 2023, Williams filed his motion. (ECF No. 300.)

      On December 21, 2023, Williams retained counsel, after his motion for reconsideration was docketed. That same day, counsel filed a motion to withdraw *pro se* motion. (ECF No. 303.) According to the motion, counsel has discussed the issue with Williams, and he consents to this request. (*Id.* at 1.) Counsel further states that the government does not object to the motion to withdraw. (*Id.*) Should the Court grant the motion to withdraw, counsel intends to file a motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i), predicated on the amended policy

statement in effect since November 1, 2023. *See* U.S.S.G. § 1B1.13. The Court will grant the motion.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Withdraw Pro Se Motion of Defendant Williams (ECF No. 300) is **granted**. Counsel, on behalf of Defendant, are hereby permitted to file a subsequent Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) after complying with statutory exhaustion requirements.

The Clerk of Court is **directed** to **terminate** Defendant's *pro se* motion at ECF No. 300 as withdrawn.

Dated at Milwaukee, Wisconsin on January 5, 2024.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge
